UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-12693-RGS

ANN YARNELL

v.

JAMES WILLOCK, et al.

## **FINAL ORDER OF DISMISSAL**

In accordance with the Order dated November 30, 2023, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

| | |
|---|---|
| Date:  11/30/2023 | /s/ Richard G. Stearns |
| | _____ |
| | UNITED STATES DISTRICT JUDGE |